# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston  **Category No.** II  **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: See below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Eric Diaz Martinez      Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address: _____
Birth date (Yr only): 1988   SSN (last 4#): _____   Sex: M   Race: W   Nationality: Dominican

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Stephen Hassink   Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/23/2024   Signature of AUSA: /s/ Stephen Hassink

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Eric Diaz Martinez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(ii) | Possession with Intent to Distribute 400 Grams or More of Fentanyl, 100 Grams or More of p-Fluorofentanyl, and 500 Grams or More of Cocaine | 2 |
| Set 3 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

21-2284-2286-MBB; 21-4307-4310-DHH; 22-2139-2140-MBB; 22-2144-MBB